# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARISOL MARTINEZ | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 18-2972 |
| NATIONWIDE INSURANCE COMPANY | |
| Defendant. | |

**AND NOW**, this 18th day of February, 2020, upon consideration of Defendant's Motion for Summary Judgment filed May 15, 2019 (ECF No. 21), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment filed June 3, 2019 (ECF No. 22), Defendant's Sur-Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment filed June 25, 2019 (ECF No. 24), and oral argument held on January 23, 2020 regarding the Motion for Summary Judgment,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge